AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### ANDERSON/GREENWOOD DIVISION

AnMed Health, et al

vs.

Michael O. Leavitt, et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 8:08-2453-HFF

**[X]** **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

    **IT IS ORDERED AND ADJUDGED** that defendants Michael O. Leavitt and Kerry Weems' motion to dismiss for lack of jurisdiction is granted.

LARRY W. PROPES, Clerk

By: s/Angela Lewis
Deputy Clerk

April 1, 2009